**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:17CV-P502-JHM**

**CLIFFORD MORRIS**                                                                         **PLAINTIFF**

**v.**

**MARK BOLTON** *et al.*                                                              **DEFENDANTS**

## MEMORANDUM AND ORDER

Plaintiff Clifford Morris, an inmate at the Louisville Metro Department of Corrections (LMDC), filed the instant *pro se* action under 42 U.S.C. § 1983.  This matter is before the Court on Plaintiff's motion which he captions as a motion for "Assistance in Safe House" (DN 18).  He requests "assistance in being placed in program, that will protect my wellbeing to advance faster safely into society after my release.  (I fear for my safety and wellbeing.)."  He attaches to his motion a letter from the Justice and Public Safety Cabinet and grievances and action requests that he filed in LMDC, some of which include Plaintiff's handwritten notes.

Plaintiff is currently incarcerated and does not indicate in the motion or attachments that he is about to be released.  Nor does he offer any factual basis to justify needing to be protected after his release.  Plaintiff's request for such relief is speculative, and the Court has no authority to grant the motion.

To the extent that Plaintiff may be asking that he be released from custody at this time, release from custody is not an available remedy in this § 1983 action.  *See Heck v. Humphrey*, 512 U.S. 477, 481 (1994) ("[H]abeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release, even though such a claim may come with the literal terms of § 1983.").  "[W]hen a state prisoner is challenging the very fact or duration of his physical imprisonment, and the relief he seeks is a

determination that he is entitled to immediate release or a speedier release from that imprisonment, his sole federal remedy is a writ of habeas corpus." *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). Therefore, Plaintiff cannot seek release in this action. Accordingly,

**IT IS ORDERED** that the motion for assistance in a safe house (DN 18) is **DENIED**.

Date:   February 27, 2018

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:   Plaintiff, *pro se*
      Defendants
      Jefferson County Attorney
4414.010